UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 11:46 am, Dec 03, 2020

| | |
|---|---|
| UNITED STATES OF AMERICA | ) 2:20-cr-47-06 |
| | ) |
| v. | ) |
| | ) |
| ROBERT LIVINGSTON | ) |

## ORDER OF DISMISSAL

The motion of the government for an order dismissing, without prejudice, the indictment as to defendant ROBERT LIVINGSTON is GRANTED. The indictment, only as to ROBERT LIVINGSTON, is hereby dismissed without prejudice.

So ORDERED, this __3__ day of __December__ 2020.

_____
HON. LISA GODBEY WOOD
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Order of Dismissal
ROBERT LIVINGSTON
CR 220-47-06
Prepared by AUSA Knoche